# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sailemys Duckworth, | No. CV-18-04766-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Healthcare Revenue Recovery Group LLC, | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice as to Defendant Healthcare Revenue Recovery Group, LLC, Only (Doc. 41) and for good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Healthcare Revenue Recovery Group, LLC, with each party to bear its own attorneys' fees and costs.

Dated this 5th day of March, 2020.

Honorable Susan M. Brnovich
United States District Judge